ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

RECEIVED
UNITED STATES MARSHAL

2023 OCT 17 A 11: 35

EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

|  |  |
|---|---|
| United States of America | ) |
| v. | ) Case No. 4:23cr79 |
|  | ) |
| James Arthur Scott | ) FID: 9450622 |
|  | ) HSI |
|  | ) |
| _Defendant_ | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     James Arthur Scott                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  T.21:841(a)(1) and (b)(1)(B) - Possession with Intent to Distribute Cocaine

Date:     10/17/2023                              _____
                                                         _Issuing officer's signature_

City and state:    Newport News, VA                    Douglas E. Miller, U.S. Magistrate Judge
                                                         _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  11-01-23  , and the person was arrested on _(date)_  11-01-23 at _(city and state)_   Hampton, Virginia   .

Date:  11-01-23                 SSA Edward ____ HSI
                                         _Arresting officer's signature_

FILED
IN OPEN COURT

NOV - 1 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Special Agent/TFO  Edward L. Jones
                                         _Printed name and title_ |